Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

RECEIVED

NOV 10 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

# UNITED STATES DISTRICT COURT
for the

~~Middle~~ middle District of Alabama
~~Northern~~ Division

Case No. 2:20-CV-921-MHT
*(to be filled in by the Clerk's Office)*

Rev. Jarmal Jabbar Sanders M.D.
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☑ Yes  ☐ No

Donald J. Trump
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Rev. Jarmal Jabbar Sanders M. D.
- Address: 225 Alabama Ave.
  - City: Selma
  - State: Alabama
  - Zip Code: 36701
- County: Dallas
- Telephone Number: 334 528-1146
- E-Mail Address: Sanders Jarmal@email.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- Name: Donald J. Trump
- Job or Title (if known): President of the United States of America
- Address: 1600 Pennsylvania Avenue
  - City: Washington
  - State: D.C.
  - Zip Code: 37188
- County:
- Telephone Number: 202 456-1414
- E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

- Name: Mike Pence
- Job or Title (if known): Vice President of the United States
- Address: 1600 Pennsylvania Avenue
  - City: Washington
  - State: D.C.
  - Zip Code: 37188
- County:
- Telephone Number: 202 456-1414
- E-Mail Address (if known):

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
Name _Nevada Secretary of State Barbara Cegavske_
Job or Title (if known) _Nevada Secretary of State_
Address _101 North Carson Street, Suite 3_
_Carson City_ / _NV_ / _89701_
City / State / Zip Code
County _BullFrog County_
Telephone Number _775-684-5708_
E-Mail Address (if known) _NVSOS.org_
☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name _Clarke County Registrar of Voters Joseph P. Gloria_
Job or Title (if known) _Clarke County Registrar of Voters_
Address _101 North Carson Street, Suite 3_
_Carson City_ / _NV_ / _89701_
City / State / Zip Code
County _BullFrog County_
Telephone Number _775-684-5708_
E-Mail Address (if known) _NVSOS.ORG_
☐ Individual capacity   ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_14 amendment of the U.S. Constitution_

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_All of Them_

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Their acts of malfeasance and misfeasance kept me off of the ballot in each state and U.S. Territories

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

At the Nevada State Capitol Building

B. What date and approximate time did the events giving rise to your claim(s) occur?

Nov 3, 2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Secretary of State of the state Nevada use software that excluded my name from being placed on the ballot in every county of the state of Nevada and Donald Trump in his official capacity as U.S. President encourage and support these acts.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

emotional distress is my primary injury as it would relate to the injuries I sustained as a consequence of these events. No, I did not receive any treatment for my emotional distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Well, the injury that I sustained hurt the American people when they were disallowed to vote for a candidate that promised one million dollar economic stimulus check for each American citizen so I seek a court order to order that U.S. Department of the Treasury give each citizen one million Dollars each without delay

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-10-2020

Signature of Plaintiff: Rev. Jamaal Q. Sanders M.D.
Printed Name of Plaintiff:

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

|  | City | State | Zip Code |

Telephone Number
E-mail Address

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) Rev. Jarmal Jabbar Sanders M.D., is a citizen of the State of (name) Washington, D.C.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) Donald J. Trump, is a citizen of the State of (name) Washington D.C. Or is a citizen of (foreign nation) N/A.

   b. If the defendant is a corporation

   The defendant, (name) N/A, is incorporated under the laws of the State of (name) N/A, and has its principal place of business in the State of (name) N/A.

   Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   This amount was disallowed to be paid to rightful owner

   900 trillion dollars

III. **Statement of Claim**

Case 2:20-cv-02299-JAD-DJA Document 1 Filed 11/10/20 Page 8 of 11 RECEIVED

Pro Se General Complaint for a Civil Case (Rev.10/16)

NOV 10 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, *(name)* Rev. Jacmal Jabbar Sanders, is a citizen of the State of *(name)* Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Mike Pence, is a citizen of the State of *(name)* Washington D.C. Or is a citizen of *(foreign nation)* N/A.

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    amount to be paid to each U.S. citizen 900 trillion dollars

III. **Statement of Claim**

RECEIVED
NOV 10 2020
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

**If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, (name) Rev. Jarmal Jabbar Sanders M.D., is a citizen of the State of (name) Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, (name) Joseph P. Gloria is a citizen of the State of (name) Nevada. Or is a citizen of (foreign nation) N/A.

    b. If the defendant is a corporation

    The defendant, (name) Joseph P. Gloria, is incorporated under the laws of the State of (name) Clarke County Registrar of Voters, and has its principal place of business in the State of (name) Nevada.

    Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    Amount to be paid to each U.S. citizen 900 trillion dollars

## III. Statement of Claim

RECEIVED

NOV 10 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

    The plaintiff, *(name)* Rev. Jarmal Jabbars M.D., is a citizen of the State of *(name)* Alabama.

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Donald J. Trump, is a citizen of the State of *(name)* Washington D.C. Or is a citizen of *(foreign nation)* N/A.

    b. If the defendant is a corporation

    The defendant, *(name)* Donald J. Trump, is incorporated under the laws of the State of *(name)* Washington D.C.; and has its principal place of business in the State of *(name)* Washington DC

    Or is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* N/A.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

    The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

    amount to be paid to each U.S. citizen 900 trillion

### III. Statement of Claim

Pro Se General Complaint for a Civil Case (Rev.10/16)

RECEIVED

NOV 10 2020

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) Rev. Jaimal Jabbar Sanders M.D., is a citizen of the State of (name) Alabama.

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, (name) Barbara Cegavske, is a citizen of the State of (name) Nevada. Or is a citizen of (foreign nation) N/A.

   b. If the defendant is a corporation

      The defendant, (name) Barbara Cegavske, is incorporated under the laws of the State of (name) Nevada Secretary of State, and has its principal place of business in the State of (name) Nevada.

      Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) N/A.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   amount to be paid to each U.S. citizen 900 trillion dollars

III. **Statement of Claim**

Page 4 of 7