UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rev. Jarmal Jabbar Sanders, M.D., <br><br> Plaintiff <br><br> v. <br><br> Donald J. Trump, et al., <br><br> Defendants | Case No.: 2:20-cv-02299-JAD-DJA <br><br> **Order Denying Motion** <br><br> [ECF No. 6] |

In this action, in which the plaintiff claims that he was prevented through constitutional violations from having his name appear on the ballot for the presidential election, was transferred to this district by the Middle District of Alabama.[1] Before that transfer was effectuated, the plaintiff filed a motion asking that he be permitted to participate in the Middle District of Alabama's Pro Se Party Assistance Program.[2] Because the District of Nevada does not have such a program, and this case is now proceeding in the District of Nevada, IT IS HEREBY ORDERED that **the Motion to Participate in the Pro Se Party Assistance Program [ECF No. 6] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 21, 2020

---

[1] ECF No. 8.
[2] ECF No. 6.