**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Rev. Jarmal Jabbar Sanders, M.D., | Case No.: 2:20-cv-2299-JAD-DJA |
| Plaintiff | **Order Adopting Report & Recommendation and Dismissing Case** |
| v. | [ECF Nos. 2, 11] |
| Donald J. Trump, et al., | |
| Defendants | |

Magistrate Judge Albregts recommends that I dismiss this action, which was transferred here from the Middle District of Alabama, and deny Plaintiff Rev. Jarmal Jabbar Sanders, M.D.'s application to proceed in forma pauperis.[1]  The deadline for any party to object to that recommendation was April 21, 2021, and no party filed anything.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]  Having reviewed the R&R, I find good cause to adopt it, and I do.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 11] is ADOPTED**.  THIS ACTION IS DISMISSED as frivolous, plaintiff's application to proceed in forma pauperis **[ECF No. 2] is DENIED** as moot, and the Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2021

---

[1] ECF No. 11.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).