AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Rev. Jarmal Jabbar Sanders,

          Plaintiff,

v.

Donald J. Trump, et al.,

          Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02299-JAD-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered this action is dismissed as frivolous.

5/4/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk